LINCOLN V. HORTON (SBN 165238)
HORTON VILLAGE LAW GROUP, APC
lhorton@hortonvillagelaw.com
16236 San Dieguito Road, Suite 5-24
P.O. Box 9181
Rancho Santa Fe, CA 92067
Telephone: 858.832.8685

Attorneys for Respondents XL Insurance America, Inc.
and XL Specialty Insurance Company

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PERSONNEL STAFFING GROUP, LLC<br><br>Petitioner,<br><br>v.<br><br>XL INSURANCE AMERICA, INC. and XL SPECIALTY INSURANCE COMPANY; and DOES 1 through 50,<br><br>Respondents. | Case No. 2:22-mc-182<br><br>**NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441**<br><br>*[Filed concurrently with Civil Cover Sheet; Corporate Disclosure Statement; and Notice of Interested Parties]*<br><br>*[Removal of Superior Court for the County of Los Angeles Case No. 22STCP03266]* |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Respondents XL Insurance America, Inc. and XL Specialty Insurance Company (collectively, "Respondents") hereby remove Case No. 22STCP03266, with reservation of all defenses and rights, from the Superior Court of California, County of Los Angeles (the "State Court Petition") to the United States District Court for the Central District of California, Western Division pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Pursuant to 28 U.S.C. § 1446(a), Respondents have attached hereto as **Exhibits A-1 thru A-19** are all of the process, pleadings, exhibits and orders filed

and served upon Respondents in the State Court Petition action to date, described more particularly as follows:

| EXHIBIT NUMBER | DOCUMENT |
| --- | --- |
| Exhibit A-1 | Civil Case Cover |
| Exhibit A-2 | Dec. of Joseph Gjonola and Exhibits in Support of Petition to Vacate Arbitration Award |
| Exhibit A-3 | Memorandum of Points and Authorities in Support of Petition to Vacate Arbitration Award |
| Exhibit A-4 | Petitioner's Notice of Conditional Filing Under Seal |
| Exhibits A-5 thru A-19 | Petition to Vacate Arbitration Award and Exhibits A-F (and all exhibit subparts) in support of petition |

As to the "short and plain statement of the grounds for removal," Respondents state as follows:

I. **REMOVAL IS PROPER BASED ON DIVERSITY JURISDICTION**

1. The Court has subject matter jurisdiction over this action because "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between…citizens of different States." *See* 28 U.S.C. § 1332(a).

　　A. **There Is Complete Diversity of Citizenship and Respondents Are Not Citizens of the State of California**

2. Complete diversity of citizenship existed at the time Petitioner Personnel Staffing Group, LLC n/k/a PSG Oldco, LLC ("Petitioner") commenced the State Court Petition and continues to exist at the time of removal, and

Respondents seek removal through this Notice of Removal under 28 U.S.C. § 1441(b).

3. Petitioner is a limited liability company incorporated under the laws of the State of Florida. *See* State Court Petition, ¶4. At the time of filing, and as of the time of removal, Petitioner's principal place of business is in Deerfield, Illinois and its sole member is Daniel S. Barnett, who is a resident and/or domiciled in Illinois. Respondents have attached hereto as **Exhibit B** a copy of the Florida Secretary of State records pertaining to Petitioner Personnel Staffing Group, LLC n/k/a PSG Oldco, LLC. Petitioner is therefore a citizen of the State of Illinois for the purposes of this Notice. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006)("We therefore join our sister circuits and hold that, like a partnership, an LLC is a citizen of every state of which its owners/members are citizens").

4. Respondent XL Insurance America, Inc. is a corporation organized under the laws of the State of Delaware. Respondent XL Specialty Insurance Company is a corporation organized under the laws of the State of Delaware. At the time of filing, and as of the time of removal, Respondents' principal place of business is in Stamford, Connecticut. Respondents are therefore citizens of the States of Delaware and Connecticut. *See* 28 U.S.C. § 1332(c)(1) ("[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign state where it has its principal place of business").

5. The State Court Petition purports to identify "Does 1 through 50" as Respondents in the action. The Court must disregard the citizenship of "Does 1 through 50." *See* 28 U.S.C. § 1441(b)(1) ("In determining whether a civil action is removable on the basis of the jurisdiction under section 1332(a) of this title, the citizenship of defendants sued under fictitious names shall be disregarded").

///

///

### B. The Amount In Controversy Exceeds $75,000, Exclusive Of Interest And Costs

6. "[A]s specified in [28 U.S.C.] § 1446(a), a defendant's notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *See Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 89 (2014). "When a plaintiff files suit in federal court, [California courts] use the 'legal certainty' test to determine whether the complaint meets § 1332(a)'s amount in controversy requirement. Under this test, 'the sum claimed by the plaintiff controls if the claim is apparently made in good faith. It must appear to a legal certainty that the claim is really for less than the jurisdictional amount to justify dismissal.'" *See Naffe v. Frey*, 789 F.3d 1030, 1039-40 (9th Cir. 2015).

7. Petitioner seeks to vacate two (2) Orders of the Arbitration Panel in a pending arbitration commenced by Respondents. Specifically, Petitioner seeks to vacate an award of $1,304,620 plus interest entered against it and in favor of Respondents.

8. It is apparent from the face of the State Court Petition that the amount in controversy far exceeds the jurisdictional threshold of $75,000.

## II. THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION IS THE PROPER COURT

9. Petitioner filed the State Court Petition in the Superior Court of California, County of Los Angeles, which is within this judicial district and division. *See* 28 U.S.C. § 84(c)(2). Therefore – and without waiver of Respondents' right to challenge venue by way of motion or otherwise – this Court is the proper court for removal under 28 U.S.C. §§ 1441(a) and 1446(a).

///

///

### III. **REMOVAL IS TIMELY**

10. This Notice of Removal is timely filed. "The notice of removal of a civil action or proceeding shall be filed within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within 30 days after the service of summons upon the defendant if such initial pleading has then been filed in court and is not required to be served on the defendant, whichever period is shorter." *See* 28 U.S.C. § 1446(b)(1).

11. The State Court Petition was filed on September 1, 2022, and first served on Respondents on September 1, 2022.

12. This Notice of Removal was filed on or before the thirty (30) day period prescribed by 28 U.S.C. § 1446(b).

### IV. **RESPONDENTS HAVE SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL**

13. The Notice of Removal was timely filed.

14. A copy of all process, pleadings, and orders served upon Respondents in the State Court Petition have been attached hereto as **Exhibit A.**

15. There are no other respondents in this action, and therefore, no other parties must join in or consent to the removal of this action.

### V. **NOTICE TO PETITIONER AND SUPERIOR COURT**

16. Respondents will promptly provide written notice of removal to Petitioner and the Superior Court of California, County of Los Angeles, and will file a copy of this Notice of Removal with the Clerk of the Superior Court of California, County of Los Angeles.

Based on the foregoing, Respondents hereby remove the State Court Petition from the Superior Court of California, County of Los Angeles to the United States District Court for the Central District of California, Western Division.

///

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  September 8, 2022 | HORTON VILLAGE LAW GROUP, APC |
| 3 | | |
| 4 | | |
| 5 | | By:  /s/ Lincoln V. Horton<br>     LINCOLN V. HORTON |
| 6 | | Attorneys for Respondents XL Insurance America, Inc. and XL Specialty Insurance Company |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | DATED: September 8, 2022 | THOMAS KADIAN LLC |
| 11 | | |
| 12 | | By:      /s/ Samuel J. Thomas |
| 13 | | Samuel J. Thomas, Esq. (*pro hac* to be filed)<br>90 E. Halsey Road, Suite 390 |
| 14 | | Parsippany, NJ 07054<br>(973) 996-4300 |
| 15 | | sthomas@thomaskadian.com |
| 16 | | Attorneys for Respondents XL Insurance America, Inc. and XL Specialty Insurance Company |
| 17 | | |

NOTICE OF REMOVAL